IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| MAKEVA REED | § | PLAINTIFF |
| --- | --- | --- |
| | § | |
| v. | § | CAUSE NO. 1:09CV666 LG-RHW |
| | § | |
| COMMUNITY ELDERCARE SERVICES, | § | |
| LLC, and CLC OF BILOXI, LLC | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motions for Summary Judgment filed by Defendants, Community Eldercare Services, LLC and CLC of Biloxi, LLC, the Court, after a full review and consideration of the Motions, Responses, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, Community Eldercare Services, LLC and CLC of Biloxi, LLC, pursuant to Fed. R. Civ. P. 56. The Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 9th day of August, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE